United States District Court

for the

Southern District of Florida

| | |
|---|---|
| Brittany Odes and Maria C. Silva-Odes, Plaintiffs, <br><br> v. <br><br> Christopher Ray Harris, and others, Defendants. | ) ) ) ) ) ) ) ) ) <br> Civil Action No. 12-61561-Civ-Scola |

### Order Granting Motion for Issuance of Post-Judgment Amended Writ of Continuing Garnishment to Add New Co-Employer, South East Personnel

This matter is before the Court on Plaintiffs Brittany Odes and Maria Silva-Odes's motion for the issuance of a post-judgment amended writ of continuing garnishment. (ECF No. 299.) The Plaintiffs seek to add Defendant Christopher Ray Harris's new co-employer, South East Personnel, Inc. ("Garnishee G2") as a joint garnishee with existing employer/Garnishee, Ridge Top Exteriors, LLC ("Garnishee G1"). (*Id.*) Upon review of the record, the motion, and the relevant legal authorities, the Court **grants** the Plaintiffs' motion (**ECF No. 299**).

This Court previously entered final default judgment as to the Defendants for certain claims in the amount of $135,000.00, plus interest at the legal rate of 4.75% pursuant to Fla. Stat. § 55.03 from January 31, 2012 to the date of the Court's order, July 27, 2015. (Order Granting in Part Default J., ECF No. 184). After a jury trial, this Court entered judgment on the verdicts against all Defendants in the amount of $60,000.00 as and for punitive damages. (J. on the Verdicts, ECF No. 215.) Thereafter, the Court granted the Plaintiffs' motion for attorneys' fees and costs in the total amount of $316,502.30. (Order Granting Pltf.'s Mot. for Attorney's Fees, ECF No. 245.) Including accrued interest, the Plaintiffs are therefore entitled to $530,739.30, plus post-judgment interest, and remain owed this amount. (Am. Mot., ECF No. 292 at ¶ 5.)

Chapter 77 of the Florida Statutes generally governs the procedure for the issuance of writs of garnishment, and Fla. Stat. § 77.0305 specifically addresses writs of continuing garnishment. *Francois v. Washmonbo, Inc.*, No. 05-23368-CIV, 2008 WL 2694752, at *1 (S.D. Fla. July 8, 2008) (Simonton, Mag. J.) ("Motions for writs of garnishment to satisfy a final judgment 'must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies.'") (quoting Fed. R. Civ. P. 69).) Pursuant to Fla.

Stat. § 77.0305, if salary or wages are to be garnished to satisfy a judgment, the court shall issue a continuing writ of garnishment to the judgment debtor's employer which provides for the periodic payment of a portion of the salary of wages of the judgment as the salary or wages become due until the judgment is satisfied or until otherwise provided by court order.

On August 1, 2018, the Court entered an Order granting the Plaintiffs' motion for a continuing writ against Ridge Top, both of which are incorporated herein. (Mot., ECF No. 294; Order, ECF No. 295.) The Clerk then issued the Plaintiffs' proposed writ (ECF No. 294-1) against Garnishee Ridge Top Exteriors, LLC. (ECF No. 296 (the "Ridge Top Writ").) At the time of service of the Ridge Top Writ, the Defendants still owed $530,739.30, plus post-judgment interest, on the to the Plaintiffs. (ECF No. 295.) The Plaintiffs aver that they are still owed a portion of the outstanding judgment, plus post-judgment interest.

On March 30, 2020, Garnishee Ridge Top Exteriors, LLC reported to the Plaintiffs' counsel that it has entered "a new co-employer agreement with Southeast Personnel Leasing, Inc." whereby Ridge Top Exteriors, LLC's "payroll will now be [run] through [Southeast Personnel]" and advising that continuing garnishment could not be processed unless Southeast Personnel's name was added to the Ridge Top Writ. (ECF No. 299-1.) The Plaintiffs now request that the existing Ridge Top Writ be amended to add Ridge Top Exterior's new co-employer, "South East Personnel Leasing, Inc.," as a joint garnishee and thus request the issuance of an amended writ.

There is good cause for amending the existing Ridge Top Writ. (ECF No. 299-2.) The Plaintiffs have also included the Notice to Defendant for the Clerk to issue along with the proposed writ as required by Fla. Stat. § 77.041(1). (ECF No. 299-3.) Accordingly, the Court **grants** the Plaintiffs' motion (**ECF No. 299**). The Court **directs the Clerk to issue** the proposed, amended writ (**ECF No. 299-2**) **and attach the Notice** to the Defendant (**ECF No. 294-3**). The Court further authorizes the Plaintiffs to include with the amended writ an attachment containing the information redacted from the proposed, amended writ when the writ is served. The attachment shall only contain the unredacted paragraph contained in footnote one of the proposed, amended writ. The attachment shall be deemed incorporated as part of the issued, amended writ.

**Done and ordered**, at Miami, Florida, on April 27, 2020.

_____
Robert N. Scola, Jr.
United States District Judge